450 A.2d 199

Commonwealth v. Scott, Appellant.
Petition for Allowance of Appeal
Denied Feb. 17, 1983.

Submitted April 5, 1982. Darryl A. Irwin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.